**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:20-cv-60679-RAR

DOUG LONGHINI,

    Plaintiff,

v.

BELLINO UNIVERSITY DRIVE, LLC,

    Defendant.

_____/

## MOTION FOR CLARIFICATION

Plaintiff, DOUG LONGHINI, by and through undersigned counsel, hereby files this Motion for Clarification and in support states as follows:

1. Defendant in this case failed to appear after being served and Plaintiff moved for a Clerk's Entry of Default [D.E. 8] which was entered on May 5, 2020 [D.E. 10].

2. Shortly thereafter Plaintiff moved for Final Default Judgment [D.E. 12], and the Court entered a Final Default Judgement soon thereafter [D.E. 14].

3. On July 8, 2020 Plaintiff filed a Motion for Attorney's Fees as a result of that Default Judgment [D.E. 20].

4. On July 14, 2020, the Court issued an Order Requiring Notice of Previously Awarded regarding the Motion for Attorney's Fees [D.E. 21]. The Order requires Plaintiff's Counsel to provide the Court with notice of: "(i) the case name and number of all federal cases decided in the Southern District of Florida within the past two years wherein Plaintiff's counsel were awarded attorneys' fees; (ii) the date of the award; (iii) the hourly rate(s) awarded to the attorney(s) identified in Plaintiff's motion; (iv) any paralegal rates awarded to the firm for the

named paralegal(s), if any; and (v) whether the motion was adjudicated upon default or whether it was opposed." The Order required Plaintiff's counsel to file the notice no later than July 28, 2020.

5.      The following day, Plaintiff's counsel received e-mail correspondence from a representative of Defendant seeking to attempt to resolve the litigation without additional Court intervention.

6.      Accordingly, Plaintiff filed a Motion for a Temporary Stay [D.E. 22]. The Court denied that motion and also denied Plaintiff's Motion for Attorney's Fees without prejudice [D.E. 23]. The Court provided that if the Parties are unable to resolve the dispute, Plaintiff may refile the Motion for Attorney's Fees no later than August 18, 2020.

7.      In light of the fact that there is no longer a pending motion for attorney's fees, Plaintiff's counsel seeks clarification as to whether it must still comply with the Court's Order requiring Notice of Previously Awarded Fees. The Court's July 21, 2020 Order does not vacate the Court's previous Order requiring the notice on its face.

8.      This motion is made in good faith.

## SUPPORTING MEMORANDUM OF LEGAL AUTHORITY

"A district court retains the inherent authority to manage its own docket," which will be reviewed only for an abuse of discretion. *See, e.g., Wilson v. Farley*, 203 Fed.Appx. 239, 250 (11th Cir. 2006) (*citing Four Seasons Hotels and Resorts, B.V. v. Consorcio Barr S.A.,* 377 F.3d 1164, 1172 n. 7 (11th Cir.2004)). The decision whether to amend the Order is subject to the Court's "inherent authority [and discretion] to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Prop., Inc. v. Fla. Mowing And Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (citing *Chambers v. NASCO, Inc.,* 501 U.S. 32, 43, 111 S.Ct. 2123, 2132, 115 L.Ed.2d 27 (1991)).

Plaintiff is requesting clarification as to whether the Plaintiff must still comply with the Court's Order Requiring Notice of Previously Awarded Fees [D.E. 21] in light of the current procedural posture of the litigation.

WHEREFORE, Plaintiff requests that the Court clarify its requirements pursuant to the July 14, 2020 [D.E. 21] Order in light of the July 21, 2020 [D.E. 23] Order denying the Motion for Attorney's Fees or in the alternative vacate its July 14, 2020 Order until such a time as Plaintiff refiles his motion for attorney's fees, in the event the Parties are unable to resolve the litigation.

Dated: July 23, 2020.

    Respectfully Submitted,
**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone:  (305) 553-3464
Facsimile:   (305) 553-3031
Primary E-Mail:   ajperez@lawgmp.com
Secondary E-Mails: ddunn@lawgmp.com;
aquezada@lawgmp.com;
bvirues@lawgmp.com.

By: ___/s/ Anthony J. Perez_____
    ANTHONY J. PEREZ
    Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 23, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL  33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com

By:  */s/ Anthony J. Perez*
      ANTHONY J. PEREZ
      Florida Bar No. 535451